

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 5:26-cr-20055<br>Assigned To : Levy, Judith E.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 2/5/2026<br>Description: INDI USA v SEALED MATTER (JP) |
| v. | Violation:<br>18 U.S.C. § 922(g)(1) |
| DEMETRIUS BLACKWELL-ESTERS,<br><br>Defendant.<br>_____ / | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about September 1, 2021, in the Eastern District of Michigan, DEMETRIUS BLACKWELL-ESTERS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Springfield XDS, semi-automatic, .45 caliber pistol, in violation of 18 U.S.C. § 922(g)(1).

## COUNT TWO
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about April 15, 2022, in the Eastern District of Michigan, DEMETRIUS BLACKWELL-ESTERS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Taurus PT145, semiautomatic, .45 caliber pistol, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 924 and 981(a)(1)(C), and 28 U.S.C. § 2461(c).

As a result of the foregoing violations of 18 U.S.C. § 922(g), as charged in Counts One and Two of this Indictment, defendant shall forfeit to the United States, pursuant to 18 U.S.C. §§ 924(d)(1), and 28 U.S.C. § 2461(c), any

firearm, or ammunition involved in said offense.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney


*s/ Craig Wininger*
Craig Wininger
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

Dated: February 5, 2026

Case: 5:26-cr-20055
Assigned To : Levy, Judith E.
Referral Judge: Patti, Anthony P.
Assign. Date : 2/5/2026
Description: INDI USA v SEALED MATTER (JP)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover |
|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: C.W |

Case Title: USA v. DEMETRIUS BLACKWELL-ESTERS

County where offense occurred : Wayne

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:           ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 5, 2026
Date

*[signature]*
Craig Wininger
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9569
Craig.Wininger@usdoj.gov
P57058

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.